**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **CHASE MALONE, individually and as the assignee of certain rights of Kareem Boynes,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/k/a "CHUBB";**<br><br>     **Defendant.** | **District Court Case No.: ST 2022-cv-00057**<br><br>**Superior Court Case No.: ST 2022-cv-269**<br><br>**ACTION FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH AND PUNITIVE DAMAGES**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

On April 6, 2026, the Ninth Circuit issued an opinion in *Bramblett v. Allied World Specialty Ins. Co.,* No. 25-489, 2026 WL 925516, at *1 (9th Cir. Apr. 6, 2026), which has several holdings relevant to the pending Rule 56 issues in this case, including (1) allowing a plaintiff to proceed in collecting an assigned claim for coverage and bad faith from the insured, *id.* at *1, n.1, and holding that a carrier who wrongfully fails to defend is estopped from denying coverage under the policy. *Id.,* at *4.

Dated: May 12, 2026

*/s/ Joel H. Holt*
Joel H. Holt, VI Bar No. 6
Law Office of Joel H. Holt, Esq. P.C.
2132 Company Street
Christiansted, VI 00820
Telephone: (340) 773-8709
holtvi@aol.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

*Counsel for Defendant Indemnity Insurance Company of North America a/k/a "Chubb":*

Robert J. Kuczynski, Esq., VI Bar No. 1260
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, VI 00820
robb@beckstedtlaw.com

John David Dickenson, Esq.
Cozen O'Connor
1081 N. Military Trail, Suite 200
Boca Raton, FL 33431
jdickenson@cozen.com
sbrier@cozen.com

Tiffany Bustamante O'Quinn, Esq.
Cozen O'Connor
200 S. Biscayne Boulevard, Suite 3000
Miami, FL 33131
toquinn@cozen.com
*Attorneys for Defendant Lloyds:*

*/s/ Joel H. Holt*

2